Robert H. Holgerson et al., Appellants, vs. Eliza S. Bostwick and William M. Bostwick, her husband, Appellees.

Appeal from Circuit Court Duval county.

*Charles S. Adams and A. W. Cockrell & Son*, for Appellants.

*Bisbee & Rinehart*, for Appellees.

The bill in this case was filed by the appellees against the appellants. There was decree for the complainants, and the defendants appeal.

Appeal dismissed on præcipe of counsel for appellants.

---

A. M. Reed, Appellant, vs. Henry Young, Appellee.

Appeal from Circuit Court Duval county.

*J. W. Archibald and F. P. Fleming*, for Appellant.

*M. C. Jordan and John Wallace*, for Appellee.

The bill in this case was filed by the appellant against the appellee. There was decree dismissing the bill of complaint, and the complainant appeals.

Dismissed on præcipe of counsel for appellant.

---

A. M. Reed, Plaintiff in Error, vs. Henry Young, Defendant in Error.

Writ of Error to Circuit Court Duval county.